UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2024 OCT -8 P 3: 28

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

KIRK ROBERT CHRIST MICKELSON,

Case No. 24-CR-**24-CR-192**

[18 U.S.C. §§ 933(a)(2) and (3))]

---

## INDICTMENT

---

## COUNT ONE

### (Attempt to Transfer a Silencer Contrary to Law)

**THE GRAND JURY CHARGES THAT:**

From on or about August 1, 2024, through on or about September 11, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**KIRK ROBERT CHRIST MICKELSON**

knowingly attempted to receive from another person a firearm silencer which, prior to his receipt of it, had been transported in interstate and foreign commerce, knowing and having reasonable cause to believe that his receipt of the silencer would constitute a felony as he had been convicted of a crime punishable by a term of imprisonment exceeding a year.

In violation of Title 18 United States Code Sections 933(a)(2) and 933(a)(3).

## COUNT TWO

### (Attempt to Transfer a Silencer Contrary to Law)

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about August 31, 2024, through on or about September 18, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**KIRK ROBERT CHRIST MICKELSON**

knowingly attempted to receive from another person a firearm silencer which, prior to his receipt of it, had been transported in interstate and foreign commerce, knowing and having reasonable cause to believe that his receipt of the silencer would constitute a felony as he had been convicted of a crime punishable by a term of imprisonment exceeding a year.

In violation of Title 18, United States Code Sections 933(a)(2) and 933(a)(3).

# FORFEITURE NOTICE

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 933(a)(2) and 933(a)(3), as set forth in Counts One and Two of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any silencers, firearms, and tools involved in the commission of the offenses.

A TRUE BILL:

████████████████████████

FOREPERSON

Dated: _08 OCT 2024_

GREGORY J. HAANSTAD

United States Attorney